AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

United States of America
*Plaintiff*
v.
Cristinel Petrovici, et al
*Defendant*

Case No. 1:26-cr-122

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America .

Date: 08/07/2026

/s/ Rebecca C. Fisher
*Attorney's signature*

Rebecca C. Fisher DC Bar # 90018588
*Printed name and bar number*

U.S. Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
*Address*

Rebecca.Fisher@usdoj.gov
*E-mail address*

(703) 236-3878
*Telephone number*

(703) 299-3980
*FAX number*